Fill in this Information to identify the case:

Debtor 1  Traquon Kence Cooper
          First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the Middle District of Alabama

Case number:  16-80764-BPC

RECEIVED

MAR 2 1 2022

United States Bankruptcy Court
Middle District of Alabama

FILED

MAR 2 1 2022

United States Bankruptcy Court
Middle District of Alabama

## Form 1340 (12/19)

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

## 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $1,057.08 |
|---|---|
| Claimant's Name: | Spring Solutions, LLC Assignee to Traquon Kence Cooper |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | P.O. Box 334<br>Glen Burnie, MD<br>410.760.5841<br>springsolutionsllc@gmail.com |

## 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

## 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

☩ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Middle District of Alabama
131 Clayton Street
Montgomery, AL 36104

| **5. Applicant Declaration** | **5. Co-Applicant Declaration (if applicable)** |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: _3/16/2022_ | Date: _____ |
| _[signature]_ | |
| Signature of Applicant | Signature of Co-Applicant (if applicable) |
| Marquette Porter, Managing Member of Spring Solutions, LLC | |
| _Marquette Porter_ | Printed Name of Co-Applicant (if applicable) |
| Printed Name of Applicant | |
| Address: P.O. Box 334 Glen Burnie, MD 21060 | Address: |
| Telephone: 410.760.5841 | Telephone: _____ |
| Email: springsolutionsllc@gmail.com | Email: _____ |

| **6. Notarization** | **6. Notarization** |
|---|---|
| STATE OF _Maryland_ | STATE OF _____ |
| COUNTY OF _Anne Arundel_ | COUNTY OF _____ |
| This Application for Unclaimed Funds, dated _3/16/22_ was subscribed and sworn to before me this _16th_ day of _March_, 20_22_ by | This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20_____ by |
| Marquette Porter | _____ |
| who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. | who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. |
| (SEAL) Notary Public _T.H._ | (SEAL) Notary Public _____ |
| My commission expires: _4/18/22_ | My commission expires: _____ |

_[Notary seal: THOMAS HOFFMAN, NOTARY PUBLIC, ANNE ARUNDEL COUNTY, MD]_

# CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required documentation was mailed to:

United States Attorney for the Middle District of Alabama
131 Clayton Street
Montgomery, AL 36104

Names and addresses of all other parties served:

Tea Olive, LLC
P.O. Box 1931
Burlingame, CA 94011

US Department of Education
P.O. Box 16448
Saint Paul, MN 55116

World Acceptance Corporation
Attn: Bankruptcy Processing Center
P.O. Box 6429
Greenville, SC 29606

Traquon Cooper
1405 Crane Ave #106
Anniston, AL 36201

Date: 3/16/2022

_____
Signature

_____
Name Printed
Marquette Porter, Managing Member
Spring Solutions, LLC
P.O. Box 334 Glen Burnie, MD 21060
410.760.5841 springsolutionsllc@gmail.com