**The relief described hereinbelow is SO ORDERED**

**Done this 7th day of October, 2022.**



**Bess M. Parrish Creswell**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re:

Traquon Kence Cooper            Chapter   13
                                   Case No. 16-80745

Debtor.

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On 3/21/2022, an application, DE# 54, was filed for the claimant, Spring Solutions, LLC, as assignee to Traquon Kence Cooper, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $1,057.08 held in unclaimed funds be made payable to Spring Solutions, LLC and be disbursed to the payee at the following address:

P.O. Box 334
Glen Burnie, MD 21060

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

##END OF ORDER###

c: Debtor
   Bankruptcy Administrator
   Trustee
   Spring Solutions,  LLC, PO Box 334, Glen Burnie, Maryland 21060
   Traquon Cooper, 9353 Viscount Blvd, Apt 3012, El Paso, TX 79925
   Traquon Cooper, 1001 Martin Luther King Dr, Hobson City, AL 36201
   Traquon Cooper, 1405 Crane Ave Apt 106, Anniston, AL 36201
   Marquette Porter, 7526 Thicket Run, Hanover Ho, MD 21076
   Marquette Porter, 205 Gloucester Dr., Glen Burnie MD 21061
   U.S. Attorney, 131 Clayton Street, Montgomery, AL  36104


Submitted by:
Janet Clark